IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DIANE CURRY,

       Plaintiff,

vs.                                      CASE NO. 4:08-cv-363-SPM/WCS

MICHAEL J. ASTRUE,

       Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 20). Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff filed an objection (doc. 21). Pursuant to Title 28, United States Code, Section 636(b)(1), I have conducted a de novo review of the sections of the report to which objections have been made. I find that the Report and Recommendation is correct and should be adopted.

Plaintiff objects that the Magistrate Judge erred in concluding that there was substantial evidence in the record sufficient for the Administrative Law Judge to find that the Plaintiff did not suffer from any severe impairments that met or were equal to those impairments listed in Appendix 1 of 20 C.F.R. Part

404, pursuant to Step 3 of the analysis of a Social Security claim. In reviewing the Commissioner's decision, this Court must determine whether the decision is supported by substantial evidence in the record and premised upon correct legal principles. Chester v. Bowen, 792 F.2d 129, 131 (11th Cir. 1986). "Substantial evidence is more than a scintilla, but less than a preponderance. It is such relevant evidence as a reasonable person would accept as adequate to support a conclusion." Bloodsworth v. Heckler, 703 F.2d 1233, 1239 (11th Cir. 1983) (internal citations omitted). In this case, the Administrative Law Judge found that the Plaintiff did not suffer from impairments that met or were equal to the listed impairments. On the record before the Administrative Law Judge were three sets of FVC and FEV1 scores- one which satisfied the relevant Listed impairments, and two, including the most recent, which did not. Also before the Administrative Law Judge was medical evidence that the Plaintiff's condition improves when she takes her medication, statements from medical professionals that the Plaintiff had not been taking her medication regularly, and statements from medical professionals that the Plaintiff was not truthful and even misleading. Having reviewed the record as a whole, I cannot conclude that the Administrative Law Judge's conclusions that the Plaintiff's condition did not meet or equal a listed impairment and that the Plaintiff's testimony was not fully credible were irrational. Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

    1.    The Magistrate Judge's Report and Recommendation (doc. 20) is

*adopted* and incorporated by reference into this order.

2. The decision of the Commissioner to deny Plaintiff's application for Social Security benefits is *affirmed*.

DONE AND ORDERED this <u>thirtieth</u> day of June, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge